Cucinotta, Appellant, *v.* Eagle Tool and Die Co., Inc., et al.

 Argued March 16, 1976. *Francis A. Ferrara*, with him *Joseph R. McFadden*, and *Kassab, Cherry and Archbold*, for appellant; *Timothy H. Knauer*, with him *C. Robert Elicker*, and *Klein, Elicker, Head & Butler*, for appellees.

Judgment affirmed.

CERCONE, J., absent.

Dalrymple *v.* J. C. Penney Company, Inc., Appellant, et al.

 Argued March 15, 1976. *John R. Warner*, with him *Marshall, Dennehey & Warner*, for appellant; *Alexander A. DiSanti*, with him *Richard, Brian, DiSanti & Hamilton*, for appellee.

Order affirmed; petition for reargument refused May 28, 1976.